# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| FARMERS NEW WORLD LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Case No. CIV-17-1254-D |
| vs. | ) ) | |
| KEISHA JONES, DAVID ATCHISON, SR., FANNIE ATCHISON, J.H., a minor, L.M.H., a minor, and I.E.S., a minor, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

The matter comes before the Court on the Motion for Release of Records by Chief Medical Examiner [Doc. No. 38] by Defendants Anitra Haag, as legal guardian and next friend of L.M.H; Amber Smith, as parent and legal guardian and next friend of I.E.S.; and Kristie Hall, as parent, legal guardian and next friend of J.H (collectively "Defendant Minor Children"). The Defendant Minor Children request that an order be entered directing the Office of the Chief Medical Examiner of Oklahoma to produce and permit inspection and copying of all documents in the Medical Examiner Case File – including, but not limited to records, autopsy reports, documents, evidence and any other material of any nature concerning the death of David L. Atchison, II, and/or otherwise regarding or relating to any investigation into his death, with the exception of those documents to which the Medical Examiner claims a privilege and/or is prohibited by statute from

producing. Defendants further request that any electronically-stored information be produced on compact disk, dvd, or similar format and that the Chief Medical Examiner provide a cost estimate prior to copying. Defendant Keisha Jones has not filed an objection.

**IT IS THEREFORE ORDERED** that the Office of the Chief Medical Examiner of Oklahoma is directed to produce and permit inspection and copying of all documents in the Medical Examiner Case File – including, but not limited to, records, autopsy reports, documents, evidence and any other material of any nature concerning the death of David L. Atchison, II, and/or otherwise regarding or relating to any investigation into his death, with the exception of those documents to which the Medical Examiner claims a privilege and/or is prohibited by statute from producing.[1] The Chief Medical Examiner of Oklahoma shall provide the requesting parties with a cost estimate prior to production.

Said documents shall be produced on or before fourteen (14) days after entry of this Order, with costs to be paid by the requesting parties as provided by 63 OKLA. STAT. §§ 939, 949, and released and delivered to:

    Mark B. Houts
    HOUTS LAW, PLLC
    3847 S. Boulevard, Suite 100
    Edmond, OK  73013

---

[1] Based upon the nature of the case and that the request has been made by all of the Defendant Minor Children in this case, as well as the fact that the only other Defendant has not filed an objection, the Court finds that a hearing on the Application under 63 OKLA. STAT. § 939 is not required.

**IT IS SO ORDERED** this 26th day of October, 2018.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE